UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD PERRY,

                Petitioner,

-against-

ADW MALONEY; WARDEN MORALES,

                Respondents.

21-CV-9244 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued November 12, 2021, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice to the pending action under docket number 21-CV-8039 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   November 12, 2021
             New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge